James F. Feutz, SBN 043952
EVANS, LATHAM & CAMPISI
One Post Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 421-0288
Facsimile: (415) 421-0464

Attorneys for Defendant
Evans, Latham, & Campisi

**E-Filing**

00 SEP 26 PM 2: 3?

CLERK, U.S. ...
NORTHERN DISTRICT ...

**FILED**

SEP 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDWARD D. THIRKELL, EVANS<br>LATHAM & CAMPISI,<br><br>　　　　Defendants. | Case No. C-04-2044-VRW<br><br>STIPULATION [AND ORDER] RE:<br>DISMISSAL OF EVANS, LATHAM &<br>CAMPISI AS PARTY DEFENDANTS,<br>WITH PREJUDICE |

## STIPULATION

Defendant Evans, Latham & Campisi hereby notifies the Court that it has obtained full satisfaction of judgment in the civil case that has been pending in the Superior Court of the State of California, County of San Francisco, as case # CIV- 424062, and so it disclaims any interest in the property at issue in the above-referenced action.

It is hereby stipulated by and among Plaintiff United States of America and defendant Evans, Latham & Campisi, through their respective counsel, that defendant Evans, Latham &

1  Campisi be dismissed from this action, with prejudice, and that each party is to bear its own costs

2  and attorneys fees.

3

4  Dated:  September 21, 2005                    EVANS, LATHAM & CAMPISI

5

6                                               By:

7                                                   Emilie M. Calhoun,
                                                   Attorneys for Defendant Evans, Latham & Campisi
8  Dated:  9/22        , 2005

9                                               KEVIN V. RYAN
                                               United States Attorney
10

11                                              By:
                                                   Thomas Moore
12                                                 Assistant United States Attorney, Tax Division

13

14                                     **ORDER**

15      Pursuant to FRCP 41(a)(2), and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY

16 ORDERED that defendant Evans, Latham & Campisi be and hereby is dismissed with prejudice

17 from this action, and that each of Plaintiff and Evans, Latham & Campisi is to pay its own costs

18 and attorneys fees.

19

20 Dated:  _____, 2005

21                                               By:

22                                                   United States District Judge

23

24

25

26

27

28