KEVIN V. RYAN  (CSBN 118321)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
THOMAS MOORE  (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD D. THIRKELL, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. C-04-2044-VRW <br><br> REQUEST FOR DISMISSAL AND <br> [proposed] ORDER THEREON |

COMES NOW the plaintiff United States of America, by its undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and requests, for the reason that defendant Edward D. Thirkell has full paid the taxes at issue, that this matter be dismissed with prejudice to the United States of America.

                                                Respectfully submitted,

                                                KEVIN V. RYAN
                                                United States Attorney

Dated: November 30, 2005            /s/ Thomas Moore
                                                THOMAS MOORE
                                                Assistant United States Attorney
                                                Tax Division

Having reviewed the pleadings, the record in this matter, and good cause appearing, IT IS ORDERED, that this matter be dismissed with prejudice.

      DATED this _____ day of _____ 2005.

Dated: November 30, 2005

BY THE COURT

_____
Judge Vaughn R Walker
United States District Judge